# EXHIBIT A

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
| St. John's Wort Salve | Extra Virgin Cold pressed Olive Oil, Bee's Wax, St. John's Wort, Comfrey Root, Calendula Flowers | "Healing, Soothing and Natural" | "St. John's Wort Salve is wonderful for irritated skin. It can be used for sunburn or insect bites to take the pain or itching away. It can also been used for inflamed diaper rash, and chapped skin. This salve also contains Comfrey leaf extracts and Calendula extracts which are very soothing and healing to the skin." | ". . . Externally [St. John's Wort Salve] is used to dispel hard tumors, wounds that nothing else will heal, swellings, neglected cuts, bad insect bites, boils, putrid leg ulcers, caked breasts etc. "<br><br>". . . Calendula is most commonly applied externally in the form of a salve or oil, and usually for injuries, burns, bruises, varicose veins, vascular disease wounds, inflammatory skin disease, anal eczema, proctitis, conjunctivitis, etc. It has also been used as a constituent in treatments for sore, dry skin, bee stings, and frostbite . . . ." | |

2

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
| Chickweed Salve | Extra Virgin Cold pressed Olive Oil, Chickweed, Bee's Wax | "A medicinal salve made from . . . " | ". . . It has been used for boils, burns, sores, diaper rash, hemorrhoids, nursing problems (nipple soreness), and any kind of sore including those which cause blood poisoning. Chickweed softens and soothes damaged and inflamed tissues and it protects the skin." | ". . . A Chickweed salve would be excellent in treating diaper rash . . . .  One herbalist said that anyone who is covered by any kind of sores should take a chickweed herb bath and then apply chickweed salve. I'd try this for chicken pox!" | |
| Goldenseal-Comfrey Salve | Extra Virgin Cold pressed Olive Oil, Bee's Wax, Comfrey Root, Plantain Leaf, Grapefruit Seed Extract, Tea Tree oil, Goldenseal Root | | "This is a salve with tremendous properties. It is gentle enough to use where the skin is broken or on rashes." | "Goldenseal is my basic for any infection [in] the body as well." | |

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
| Chest Rub Salve | Extra Virgin Cold pressed Olive Oil, Bee's Wax, Peppermint essential oil, Menthol crystals, Wintergreen essential oil, spearmint essential oil, Eucalyptus essential oil, Camphor crystals, Clove Bud essential oil | | "Chest Rub is a natural salve to use for upper respiratory infections on the chest. It contains the essential oils from Peppermint and Wintergreen . . . ." | ". . . The [peppermint] essential oil is a good ingredient to add to Chest rub as a lung inhaling stimulant. It increases the functions of respiration which increases the oxygen supply to the blood. This will help cleanse the blood and that results in a strengthening of the body systems." | |
| Flax Hull Lignans | | | "The lignan compounds have shown such extraordinary potential that they have been studied by the National Cancer Institute for their cancer preventative properties. The SDG lignan not only has anti-cancer | "In animal experiments a reduction of cholesterol levels[ ]in the liver was observed when giving ground flax seed in the diet. A blood sugar lowering effect was also proven. There have also been an anti-tumoral effect | |

4

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
| | | | properties, it has anti-viral[,] anti-bacterial, and anti-fungal properties."<br><br>"There has been lots of research done on the use of flax seed in the treatment or prevention of sickness and disease." | attributed to the lignans. (Ligans are antimycotic, anti-oxidative and anti-estrogenic.)" | |
| Green Food Feast Powder | Spirulina, chlorella, alfalfa leaf, nettles leaf, dandelion leaf, cilantro leaf, bladderwrack, kelp, irish moss, wheat grass, barley grass, oat grass, rose hips, broccoli, cabbage, kale, spinach, red clover blossoms, bee pollen, acerola | | "Please click here for information on each of the ingredients." [this hyperlink takes you directly to the RHN website with the information seen in the next column]<br><br>"Please click for the Health Information Library and the Green Food Feast Info." [this hyperlink takes you directly to the HIL website and a list of herbs, which, when clicked, takes you to the RHN website.] | "Green Food Feast contains 22 different grasses, herbs, roots, fruits, algae, and veggies. The following is information on each of them."<br><br>"[Spirulina] is beneficial for any and all ailments of the body because of its wonderful nutritional contents. Spirulina will, also, boost the immune system."<br><br>"[Chlorella] has been shown to greatly help the immune system, to help with cancer, and tumors. Chlorella has been shown to have | |

5

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
| | berry extract, cranberries, licorice root, ginger root | | | protective factors from radioactive exposure and from infectious bacteria and viruses. It stimulates the activity of T-cells and macrophages by increasing interferon levels.  It is the interferon that enhances the immune system's ability to combat foreign invaders, whether bacteria, viruses, chemicals, or foreign proteins."<br><br>"Alfalfa leaf has been shown to help with all kinds of disorders, including diabetes, cancer, cardiovascular, and digestive problems, liver and skin problems and bleeding disorders."<br><br>"Nettle leaf is an excellent liver and blood tonic. . . . It neutralizes uric acid, prevents it's crystallization aiding in its elimination from the system, | |

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
| | | | | thus relieving gout and arthritis."<br><br>"Dandelion also helps to detoxify the system, improve health, increase mobility and reduce stiffness in the joints. . . . Dandelion is a tonic to the liver and to the endocrine system as well as a good blood purifier.  It is regarded as one of the best herbs for . . . helping with anemia . . . ."<br><br>"Bladderwrack . . . can help balance and nourish the thyroid gland.  Bladderwrack is recommended for people with hypothyroidism."<br><br>"Irish moss will even pull poison from the body."<br><br>"Barley grass has been shown to have anti-inflammatory action, is high in organic sodium which helps people | |

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
| | | | | who have arthritis, and has actually been shown to repair the DNA in cells. . . ."<br><br>"Wheat grass has been used to combat cancer."<br><br>"Red Clover has a long history of use as a medicinal herb. . . . It is one of the best herbs for treating all varieties of cancer anywhere in the body. For over 100 years Red Clover has been used to treat and prevent cancer." | |
| Coconut Oil, generally<br><br>Extra Virgin, Traditional Philippine Process Coconut Oil | | | "For information on the health benefits of coconut oil please check out this library site: http://www.healthinformationlibrary.com"<br><br>"Read more on coconut oil and health related issues here." [this hyperlink takes you to the HIL website.] | "Coconut oil is rich in lauric acid. Lauric acid in the stomach, transforms into 2-Monolaurin... a substance which has anti-microbial properties."<br><br>"Coconut oil will raise HDL and creates a more favorable HDL/LDL ratio. People who replace other oils in their diet | ". . . research that indicates that coconut oil is beneficial for the prevention and treatment of some heart disease and cancer as well as a good source of medium chain fatty acids with |

8

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
| Extra Virgin, Certified Organic Centrifuged Extracted Coconut Oil | | | "Once mistakenly thought to be bad because of its saturated fat content, coconut oil is now known to contain a unique form of saturated fat that actually helps prevent heart disease, stroke, and hardening of the arteries." <br>"Some of the benefits of coconut oil: <br>- Helps prevent bacterial, viral, and fungal (including yeast) infections <br>- Helps prevent osteoporosis" <br><br>". . . you will discover how people are successfully using virgin coconut oil to prevent and treat high cholesterol, high blood pressure, arthritis, fibromyalgia, Candida, ulcers, herpes, allergies, psoriasis, influenza, diabetes, and much more." | with this virgin coconut oil usually see their lipid profiles become very favorable." | their strong antimicrobial properties." <br><br>"Why is coconut oil said to be the Healthiest Oil on Earth? <br><br>Read these excerpt from Dr. Bruce Fife's Book The Healing Miracles of Coconut Oil and find out." <br><br>"Chronic Fatigue and Virgin Coconut Oil . . . coconut oil may be one of the best solutions to chronic fatigue syndrome currently available " |

9

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
| | | | | | "<u>HIV/AIDS and Virgin Coconut Oil</u> . . . This excellent articles uses research to show the benefits of cocn ut (sic) oil in combating HIV/AIDS"<br><br>"Digestive System . . . the ingestion of coconut product with recovery from Bowel Disorders.  Can Crohn's Disease Patients Find Relief by Eating Coconut Cookies?"<br><br>" . . . coconut oil may help those people who suffer from |

| Product(s) | Ingredients | Immediate Label | WFN website | RHN website | HIL website |
|---|---|---|---|---|---|
|  |  |  |  |  | hypothyroidism . . . ." |
| Expeller Pressed Coconut Oil |  |  | ". . . For information on the health benefits of coconut oil please check out this library site: http://www.healthinformationlibrary.com . . . ." |  |  |